ACCEPTED
15-24-00042-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/25/2025 4:36 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00042-CV

# In the Court of Appeals
# for the Fifteenth Judicial District

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/25/2025 4:36:44 PM
CHRISTOPHER A. PRINE
Clerk

ONCOR ELECTRIC DELIVERY COMPANY, LLC,

*Appellant*,

*v.*

PUBLIC UTILITY COMMISSION OF TEXAS,

*Appellee*.

On Appeal from the
200th Judicial District Court, Travis County
Cause No. D-1-GN-23-006507

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE FIFTEENTH COURT OF APPEALS:**

In accordance with Texas Rule of Appellate Procedure 6.1(c), Appellee Public Utility Commission of Texas notifies the Court that Assistant Solicitor General Cory Scanlon, State Bar No. 24104599, will serve as lead counsel. Appellee respectfully requests that all communications be directed to counsel as follows:

Cory Scanlon
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697
Cory.Scanlon@oag.texas.gov

Respectfully submitted.

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | WILLIAM R. PETERSON<br>Solicitor General |
| BRENT WEBSTER<br>First Assistant Attorney General | WILLIAM F. COLE<br>Principal Deputy Solicitor General |

<div style="display: flex;">
<div>
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697
</div>
<div>
/s/ Cory Scanlon
CORY SCANLON
Assistant Solicitor General
State Bar No. 24104599
Cory.scanlon@oag.texas.gov

Counsel for Appellee
</div>
</div>

2

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amanda Ruch on behalf of Cory Scanlon
Bar No. 24104599
amanda.ruch@oag.texas.gov
Envelope ID: 104821328
Filing Code Description: Letter
Filing Description: Notice of Appearance_C Scanlon_Final
Status as of 8/25/2025 4:46 PM CST

Associated Case Party: Public Utility Commission of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rance Craft | | rance.craft@oag.texas.gov | 8/25/2025 4:36:44 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 8/25/2025 4:36:44 PM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 8/25/2025 4:36:44 PM | SENT |
| Brendan Fugere | | Brendan.Fugere@oag.texas.gov | 8/25/2025 4:36:44 PM | SENT |

Associated Case Party: Oncor Electric Delivery Company LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nicole Skolnekovich | 24110371 | Nskolnekovich@hunton.com | 8/25/2025 4:36:44 PM | SENT |
| Tab Urbantke | | turbantke@huntonak.com | 8/25/2025 4:36:44 PM | SENT |
| Lauren Freeland | | lfreeland@huntonak.com | 8/25/2025 4:36:44 PM | SENT |
| Jarrett Hale | | jhale@huntonak.com | 8/25/2025 4:36:44 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Toni Shah | | toni.shah@oag.texas.gov | 8/25/2025 4:36:44 PM | SENT |
| Carrier Collier-Brown | | carrie.collierbrown@lockelord.com | 8/25/2025 4:36:44 PM | SENT |
| Thomas L.Brocato | | tbrocato@lglawfirm.com | 8/25/2025 4:36:44 PM | SENT |
| Jacob J.Lawler | | jacob.lawler@hklaw.com | 8/25/2025 4:36:44 PM | SENT |
| Meghan Griffiths | | mgriffiths@jw.com | 8/25/2025 4:36:44 PM | SENT |
| Grant Clifton | | grantclifton@gmail.com | 8/25/2025 4:36:44 PM | SENT |
| Laura W.Baker | | lwb@smxblaw.com | 8/25/2025 4:36:44 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amanda Ruch on behalf of Cory Scanlon
Bar No. 24104599
amanda.ruch@oag.texas.gov
Envelope ID: 104821328
Filing Code Description: Letter
Filing Description: Notice of Appearance_C Scanlon_Final
Status as of 8/25/2025 4:46 PM CST

Case Contacts

| Laura W.Baker | | lwb@smxblaw.com | 8/25/2025 4:36:44 PM | SENT |
|---|---|---|---|---|
| Bryan Clark | | bryan.clark@pxd.com | 8/25/2025 4:36:44 PM | SENT |
| Catherine J.Webking | | cwebking@spencerfane.com | 8/25/2025 4:36:44 PM | SENT |
| Michael A.McMillin | | mmcmillin@omm.com | 8/25/2025 4:36:44 PM | SENT |
| Alfred R.Herrera | | aherrera@herreralawpllc.com | 8/25/2025 4:36:44 PM | SENT |
| Sergio E.Herrera | | sherrera@herreralawpllc.com | 8/25/2025 4:36:44 PM | SENT |